UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                      Case No. 25-CR-0271 (PJS/JFD)

                    Plaintiff,


v.                                                            ORDER


JOEL A PEACE ROBERTS,

                    Defendant.

---

    IT IS HEREBY ORDERED THAT:

    1.      The government's motion to dismiss the indictment without prejudice

            [ECF No. 23] is GRANTED.

    2.      The indictment [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.



Dated: January 20, 2026                        /s/ Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court